CT Corporation

**Service of Process Transmittal**
04/14/2022
CT Log Number 541407926

TO:     KIM LUNDY- EMAIL
        Walmart Inc.
        GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
        BENTONVILLE, AR 72712-3148

RE:     **Process Served in Texas**

FOR:    Sam's East, Inc.  (Domestic State: AR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JONES FRANCIS // To: Sam's East, Inc. |
| **DOCUMENT(S) SERVED:** | Citation, Return, Original Petition |
| **COURT/AGENCY:** | 55th Judicial District Court of Harris County, TX<br>Case # 202222274 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 09/05/2021, Store #4764, at 20424 Katy Freeway, Katy, Texas 77449 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/14/2022 at 01:37 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service |
| **ATTORNEY(S) / SENDER(S):** | Sofia M. Straus<br>Law Office of Domingo Garcia, L.L.P.<br>12929 Gulf Freeway<br>Houston, TX 77034<br>713-349-1500 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/14/2022, Expected Purge Date: 04/19/2022<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

EXHIBIT A

Page 1 of  1 / EC



# PROCESS SERVER DELIVERY DETAILS

**Date:**                            Thu, Apr 14, 2022
**Server Name:**           Guy Connelly

| | |
|---|---|
| Entity Served | SAM'S EAST, INC. |
| Case Number | 202222274 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |



CAUSE NO. 202222274

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 927627
EML TRACKING NO: 73994544

| Plaintiff:<br>JONES, FRANCIS<br>vs.<br>Defendant:<br>SAM'S EAST INC (D/B/A SAM'S CLUB #4764) | In The 055th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |
|---|---|

**CITATION CORPORATE**

**THE STATE OF TEXAS**
**County of Harris**

To:    **SAM'S EAST INC (D/B/A SAM'S CLUB #4764) (A CORPORATION) BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN STREET SUITE 900, DALLAS TX 75201**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on April 12, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on April 13, 2022, under my hand and seal of said court.

Marilyn Burgess, District Clerk

Issued at the request of:

STRAUS, SOFIA
12929 GULF FREEWAY
HOUSTON, TX 77034
713-349-1500
Bar Number: 24107934



Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:WANDA CHAMBERS

Tracking Number: 73994544

## CAUSE NUMBER: 202222274

| | |
|---|---|
| PLAINTIFF: JONES, FRANCIS | In the 055th |
| vs. | Judicial District Court of |
| DEFENDANT: SAM'S EAST INC (D/B/A SAM'S CLUB #4764) | Harris County, Texas |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____ 4/14/26 _____          By_____
         Affiant                                          Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.


_____
Notary Public

4/12/2022 5:03 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 63514536
By: Wanda Chambers
Filed: 4/12/2022 5:03 PM

# 2022-22274 / Court: 55

## CAUSE NO. _____

| | | |
|---|---|---|
| **FRANCIS JONES** | § | **IN THE DISTRICT COURT OF** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **SAM'S EAST INC.,** | § | |
| **(D/B/A SAM'S CLUB #4764)** | § | |
| *Defendant.* | § | **_____ JUDICIAL DISTRICT** |

---

## PLAINTIFF'S ORIGINAL PETITION

---

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Francis Jones ("Plaintiff"), and files Plaintiff's Original Petition complaining of and against Sam's East Inc., (D/B/A Sam's Club #4764) ("Defendant or Sam's Club"), and would respectfully show the Court as follows:

### I. RELIEF AND DISCOVERY LEVEL

Plaintiff seeks monetary relief over $250,000.00 but not more than $1,000,000.00 and a demand for judgment for all the other relief to which Plaintiff deems himself justly entitled.

Plaintiff intends to conduct discovery in this matter under Level 2 of Texas Rule of Civil Procedure 190.3.

### II. PARTIES

Plaintiff, Francis Jones, is an individual residing in Harris County, Texas.

Defendant, Sam's East, Inc. d/b/a Sam's Club #4764, is a corporation doing business in the State of Texas for the purpose of accumulating profits and can be served by serving its Registered Agent for service of process through CT Corporation System at 1999 Bryan Street, Suite 900 Dallas, Texas 75201 or wherever they may be found. Service on Defendant is hereby requested at this time.

### III. JURISDICTION & VENUE

The Court has subject matter jurisdiction over this matter because the amount in controversy exceeds the minimum jurisdictional limit of the Court. Venue is proper in Harris County, Texas, as this is the county in which the cause of action occurred.

### IV. FACTUAL BACKGROUND

On or about September 5, 2021, Plaintiff was grocery shopping on the premises of a Sam's Club store #4764 located at 20424 Katy Freeway, Katy, TX 77449. At the time of the incident, this store was owned, controlled, and/or operated by Defendant.

Sam's Club is a warehouse store where it places its merchandise on metal racks. Plaintiff attempted to grab a plastic table by reaching under the rack to grab the table. Plaintiff was bending down to grab the table, and as he backed out, an unsecured metal bar from the rack struck him in the head. The edge of the metal bar was bent and not properly secured onto the metal rack. After the incident, an employee of Sam's Club attempted to jam the unsecured steel bar back in place, but was unsuccessful. Plaintiff suffered bodily injuries to his head, neck, and fractured his wrist as a result of the incident.

### V. NEGLIGENCE OF SAM'S CLUB

Because Plaintiff was on Defendant's premises shopping, he was an invitee at the time of the incident. The broken metal rack that was located on Defendant's premises posed an unreasonable risk of harm to its business patrons such as Plaintiff. Defendant knew or should have known of the danger posed by the broken metal rack on its premises. Defendant owed a duty to its invitees, such as Plaintiff, to exercise ordinary care to keep its premises in a reasonably safe condition. Defendant breached its duty of ordinary care to Plaintiff in one or more of the following particulars:

a.      In failing to verbally warn invitees, such as Plaintiff, of the broken metal rack;

b.      In failing to place any warning signs in the area of the broken metal rack;

c.      In failing to place any barriers in the area of the broken metal rack  to prevent invitees, such as Plaintiff, from unwitting being exposed to the danger of a loose metal rack;

d.      In failing to make the condition reasonably safe by posting signs;

e.      In failing to place adequate warning signs; and

f.      In failing to properly inspect and maintain its premises.

Each of the above acts and omissions, singularly or in combination, constituted negligence which proximately caused Defendant's broken metal rack bar to strike him and resulting injuries and damages.

## VI. DAMAGES

Because of the actions and conduct of Defendant set forth above, Plaintiff suffered bodily injuries and damages. By reason of those injuries and the damages flowing in law therefrom, this suit is maintained.

Because of the nature and severity of the injuries Plaintiff sustained, he has suffered physical pain, mental anguish and physical impairment, and in reasonable probability will continue to suffer physical pain, mental anguish and physical impairment into the future.

The injuries sustained by Plaintiff have required medical treatment in the past, and in reasonable probability will require other and additional medical treatment in the future. Charges incurred by Plaintiff for such medical treatment in the past and those which will in reasonable probability be incurred in the future have been and will be reasonable charges made necessary by the incident in question.

## VII. RESERVE THE RIGHT TO AMEND & SUPPLEMENT

These allegations against Defendant are made acknowledging that investigation and discovery, although undertaken, are continuing in this matter. As further investigation and discovery are conducted, additional facts will surely be uncovered that may and probably will necessitate further, additional, and/or different allegations, including the potential of adding parties to and/or dismissing parties from the case. The right to do so is, under Texas law, expressly reserved.

## VIII. DESIGNATED E-SERVICE EMAIL ADDRESS

The following are the undersigned attorney's designation of electronic service email addresses for all electronically served documents and notices, filed and unfiled, pursuant of Tex. R. Civ. P, 21(a) and 21(f)(2). (sstraus@millerweisbrod.com & kzuniga@millerweisbrod.com). These are the ONLY electronic service email addresses, and service through any other email address will be considered invalid.

## IX. PRE-JUDGMENT INTEREST

Plaintiff would additionally say and show that he is entitled to recovery of pre-judgment interest in accordance with law and equity as part of her damages herein, and Plaintiff here and now sues for recovery of pre-judgment interest as provided by law and equity under the applicable provisions of the laws of the State of Texas.

## X. JURY DEMAND

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiff hereby demands a trial by jury and the appropriate fee is being tendered.

## XI. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, and that upon final trial, Plaintiff recover actual damages as specified above from Defendant, plus costs of Court, pre-judgment and post-judgment interest at the highest

PLAINTIFF'S ORIGINAL PETITION                                                      PAGE 4

legal rate, and have such other and further relief, general and special, at law and in equity, to which

Plaintiff may be justly entitled under the facts and circumstances.


Respectfully submitted,

**LAW OFFICE OF DOMINGO GARCIA, L.L.P.**

12929 Gulf Freeway
Houston, Texas 77034
Telephone:  (713) 349-1500
Facsimile:  (713) 432-7785

*/s/ Sofia M. Straus*
Sofia M. Straus
State Bar No.: 24107934
sstraus@millerweisbrod.com
**ATTORNEY FOR PLAINTIFF**